No: 2015-CI-04550



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 3:58:25 PM
KEITH E. HOTTLE
Clerk

EDUARDO BENAVIDES
   Plaintiff,

vs.

JULIA BENNETT
   Defendants.

§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

37TH JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL

Plaintiff Eduardo Benavides, hereby gives notice that he wishes to appeal the order entered on March 6, 2015, to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

Eduardo Benavides
89008-132
LSCI Butner-Low
P.O. Box 999
Butner, NC 27509

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and forgoing has been forwarded to: Patricia Jay, Attorney At Law, 3107 Broadway, San Antonio, Texas, 78209;  and Rudy Wattiez, 2118 N. Main Ave., Suite 102, San Antonio, Texas, 78212, on the 18th day of June 2015,

Eduardo Benavides



2015 JUN 22 PM 3:22
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
FILED